HEARING DATE: June 22, 2010 at 10:00 a.m.
RESPONSE DEADLINE: May 28, 2010 at 4:00 p.m.
REPLY DEADLINE: June 11, 2010 at 4:00 p.m.

TOGUT, SEGAL & SEGAL LLP
Attorneys for Albert Togut,
Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Steven S. Flores

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
:
In the Matter : Chapter 7 Case
: No. 07-11569 (MG)
-of- :
:
S.W. BACH & COMPANY, :
:
:
Debtor. :
:
----------------------------------------------------------------x
:
ALBERT TOGUT, as Chapter 7 Trustee :
of S.W. BACH & COMPANY, : Adv. Pro. No. 09-01278 (MG)
:
Plaintiff, :
:
- against - :
:
RBC DAIN CORRESPONDENT SERVICES, :
A DIVISION OF RBC RAUSCHER INC., :
RBC CAPITAL MARKETS CORPORATION :
(f/k/a RBC RAUSCHER, INC.), :
ANDREW GARRETT, INC., SCOTT SHAPIRO :
and JAS MANAGEMENT, :
:
Defendants. :
:
----------------------------------------------------------------x

**TABLE OF CONTENTS OF THE TRUSTEE'S MOTION FOR
PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.**

1

**TABLE OF CONTENTS**

I. NOTICE OF THE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.

II. THE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.

III. TRUSTEE'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.

IV. TRUSTEE'S STATEMENT OF UNCONTESTED MATERIAL FACTS SUBMITTED IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC., PURSUANT TO LOCAL RULE 7056-1(B) OF THE LOCAL RULES OF BANKRUPTCY PROCEDURE

V. DECLARATION OF STEVEN S. FLORES, ESQ.

    A. EXHIBIT 1- THE TRUSTEE'S SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND FIRST REQUESTS FOR ADMISSIONS TO ANDREW GARRETT, INC.

    B. EXHIBIT 2- E-MAIL FROM ANDREW SYCOFF TO WAYNE FREEMAN, DATED FEBRUARY 26, 2007

    C. EXHIBIT 3- SELECT PAGES FROM THE TRANSCRIPT OF THE FEBRUARY 27, 2010 DEPOSITION OF ANDREW SYCOFF

    D. EXHIBIT 4- COMPLAINT

    E. EXHIBIT 5- SELECT PAGES FROM THE TRANSCRIPT OF THE FEBRUARY 25, 2010 DEPOSITION OF REVAN SCHWARTZ, ESQ

    F. EXHIBIT 6- DECLARATION OF SCOTT A. SHAPIRO

    G. EXHIBIT 7- COPIES OF A SERIES OF COVER E-MAILS TO AGI PERSONNEL, FOWARDING INFORMATION ABOUT S.W. BACH

    H. EXHIBIT 8- SELECT PAGES FROM THE TRANSCRIPT OF THE JANUARY 5, 2010 DEPOSITION OF CRAIG GORDON

    I. EXHIBIT 9- E-MAILS BETWEEN ANDREW SYCOFF AND WAYNE FREEMAN, DATED FEBRUARY 15, 2007

J.     EXHIBIT 10- COPY OF A MEETING INVITATION FROM WAYNE FREEMAN TO VARIOUS NASD EMPLOYEES, DATED FEBRUARY 14, 2007

K.     EXHIBIT 11- DEBTOR'S FORM BDW – UNIFORM REQUEST WITHDRAWAL FROM BROKER-DEALER REGISTRATION

L.     EXHIBIT 12- RBC DAIN CONVERSION UPDATE, BUSINESS DEVELOPMENT MEETING, DATED MARCH 12, 2007

M.     EXHIBIT 13- E-MAIL EXCHANGE BETWEEN PAUL MEEHL, STEVE BROWN, JEFF TAYLOR AND BRENDA SWENSON, DATED APRIL 3, 2007

N.     EXHIBIT 14- SELECT PAGES FROM THE TRANSCRIPT OF THE JANUARY 7, 2010 DEPOSITION OF JAMES MITCHELL

O.     EXHIBIT 15- LETTER FROM ANDREW GARRETT TO FORMER CUSTOMERS OF S.W. BACH, DATED MARCH 2, 2007

P.     EXHIBIT 16- REDACTED COPY OF A SERVICE AGREEMENT BETWEEN HQ GLOBAL WORKPLACES AND AGI, DATED FEBRUARY 22, 2007 AND AGI'S AMERICAN EXPRESS STATEMENT

Q.     EXHIBIT 17- SELECT PAGES FROM THE TRANSCRIPT OF THE DECEMBER 30, 2009 DEPOSITION OF PAUL MEEHL

R.     EXHIBIT 18- E-MAIL FROM GINA HOVEN TO PAUL MEEHL AND SCOTT SHAPIRO, DATED FEBRUARY 26, 2007

S.     EXHIBIT 19- REGISTRATION STATUS HISTORY OF S.W. BACH & COMPANY, WITH COVER E-MAIL FROM THOMAS MCCORMACK OF FINRA'S REGISTRATION AND DISCLOSURE DEPARTMENT

T.     EXHIBIT 20- FINRA'S FWA CLOSING MEMO

U.     EXHIBIT 21- RESPONSE OF DEFENDANT ANDREW GARRETT, INC. TO TRUSTEE'S SECOND REQUESTS FOR ADMISSIONS

V.     EXHIBIT 22- DEBTOR'S STATEMENT OF EARNINGS FOR THE YEAR ENDING DECEMBER 31, 2004

W.     EXHIBIT 23- DEBTOR'S STATEMENT OF EARNINGS FOR THE YEAR ENDING DECEMBER 31, 2005

X.     EXHIBIT 24- DEBTOR'S STATEMENT OF EARNINGS FOR THE YEAR ENDING DECEMBER 31, 2006

Y. EXHIBIT 25- DEBTOR'S STATEMENT OF EARNINGS FOR THE TWO PERIODS ENDING FEBRUARY 28, 2007

Z. EXHIBIT 26- LETTER FROM REVAN SCHWARTZ, ESQ. TO STEVEN S. FLORES, ESQ., DATED AUGUST 22, 2008

AA. EXHIBIT 27- SELECT PAGES FROM THE TRANSCRIPT OF PROCEEDINGS IN THIS ADVERSARY PROCEEDING BEFORE THE HONORABLE MARTIN GLENN ON NOVEMBER 23, 2009

BB. EXHIBIT 28- DOCUMENT CERTIFICATION SUBMITTED ON BEHALF OF FINRA

CC. EXHIBIT 29- DOCUMENT CERTIFICATION SUBMITTED ON BEHALF OF RBC DAIN

VI. ORDER GRANTING THE TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.

HEARING DATE: June 22, 2010 at 10:00 a.m.
RESPONSE DEADLINE: May 28, 2010 at 4:00 p.m.
REPLY DEADLINE: June 11, 2010 at 4:00 p.m.

TOGUT, SEGAL & SEGAL LLP
Attorneys for Albert Togut,
Chapter 7 Trustee
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Steven S. Flores

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In the Matter : Chapter 7 Case
: No. 07-11569 (MG)
-of- :
:
S.W. BACH & COMPANY, :
:
:
:
Debtor. :
:
---------------------------------------------------------------x
:
ALBERT TOGUT, as Chapter 7 Trustee :
of S.W. BACH & COMPANY, : Adv. Pro. No. 09-01278 (MG)
:
Plaintiff, :
:
- against - :
:
RBC DAIN CORRESPONDENT SERVICES, :
A DIVISION OF RBC RAUSCHER INC., :
RBC CAPITAL MARKETS CORPORATION :
(f/k/a RBC RAUSCHER, INC.), :
ANDREW GARRETT, INC., SCOTT SHAPIRO :
and JAS MANAGEMENT, :
:
Defendants. :
:
---------------------------------------------------------------x

# TRUSTEE'S MOTION FOR PARTIAL
# SUMMARY JUDGMENT AGAINST ANDREW GARRETT, INC.

Albert Togut, the Chapter 7 Trustee (the "Trustee" or "Plaintiff") of S.W. Bach & Company ("S.W. Bach" or the "Debtor"), by his attorneys, Togut, Segal & Segal LLP, as and for their motion (the "Motion"), seeks entry of an order granting partial summary judgment under Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure against Andrew Garrett, Inc. ("AGI") on the Trustee's constructive fraudulent transfer claim (Count 9 of the Complaint). In support of the Motion, the Trustee respectfully represents as follows:

**PRELIMINARY STATEMENT**

1. This Adversary Proceeding is based upon, among other things, the transfer of the Debtor's right to manage and earn fees from hundreds of millions of dollars in customer accounts (the "Accounts") to AGI for no consideration whatsoever (the "Transfer"). AGI received the Accounts, and the attendant right to manage and earn fees from the Accounts, following improper promises by AGI to S.W. Bach President Scott Shapiro.

2. AGI has already admitted that the Trustee has satisfied all but one element of his constructive fraudulent transfer claim. The only element that AGI has not admitted is whether the Transfer was of the Debtor's interest in property. The Trustee submits that the well-established law and undisputed facts make it clear that the Transfer was unquestionably an avoidable "transfer of an interest of the Debtor in property," as required by section 548 of the Bankruptcy Code.[1]

---

[1] References to the Bankruptcy Code refer to 11 U.S.C. § 101, *et seq*.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief requested herein are sections 548 and 550 of the Bankruptcy Code, Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of the Federal Rules of Civil Procedure.

## RELIEF REQUESTED

5. The Trustee seeks entry of an order granting partial summary judgment on Count 9 of the Complaint against AGI as the recipient of an avoidable constructive fraudulent transfer pursuant to section 548 of the Bankruptcy Code, under Rule 56 of the Federal Rules of Civil Procedure, made applicable to this Motion by Bankruptcy Rule 7056.

## FACTUAL BACKGROUND

6. As detailed in the accompanying (i) Memorandum of Law in Support of the Motion for Partial Summary Judgment Against Andrew Garrett, Inc.; (ii) Trustee's Statement of Uncontested Material Facts Submitted in Support of his Motion for Partial Summary Judgment, Pursuant to Local Rule 7056-1(b) of the Local Rules of Bankruptcy Procedure; and (iii) the Declaration of Steven S. Flores, Esq., submitted contemporaneously herewith, there is no genuine issue of material fact with respect to the determination of whether AGI was the recipient of an avoidable constructive fraudulent transfer under section 548 of the Bankruptcy Code, and the Trustee is entitled to judgment as a matter of law in his favor.

WHEREFORE, the Trustee respectfully requests entry of an Order granting the Trustee's Motion for Partial Summary Judgment Against Andrew Garrett, Inc.

Dated: New York, New York
April 30, 2010

        ALBERT TOGUT, Chapter 7 Trustee
        By his attorneys,
        TOGUT, SEGAL & SEGAL, LLP
        By:

        /s/ Neil Berger
        NEIL BERGER
        STEVEN S. FLORES
        One Penn Plaza, Suite 3335
        New York, New York 10019
        (212) 594-5000